BRANDON D. WRIGHT
Nevada Bar No. 13286
Brandon.Wright@lewisbrisbois.com
J. RANDALL STEPHENSON
Nevada Bar No. 8275
Randy.Stephenson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256

*Attorneys for Defendants GFI NEVADA, LLC
and JASON ALAN MULLENS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MTRANS SERVICES INC., | Case No. 2:26-CV-00408-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR INTRADISTRICT TRANSFER TO THE NORTHERN DIVISION (RENO) FROM THE SOUTHERN DIVISION (LAS VEGAS)** |
| vs. | |
| GFI NEVADA, LLC; and JASON ALAN MULLENS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties and their counsel of record, that the above-captioned matter be transferred through an Intradistrict Transfer from the Southern Division to the Northern Division on the basis of *forum non conveniens*.

1.  This action is currently pending in the Southern Division (Las Vegas) of the United States District Court for the District of Nevada (LR IA 1-6).

2.  Pursuant to 28 U.S.C. § 1404(a) and LR IA 1-8(c), the Court may transfer a case between unofficial divisions within the District for the convenience of the parties and witnesses and in the interest of justice.

3.  Defendant GFI Nevada, LLC, is located and engages in business in Sparks, Nevada, which is located in the Northern Division.

4.  Defendant Jason Alan Mullens resides in Reno, Nevada, which is located in the Northern

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173581488.2

Division.

5. The events giving rise to the Complaint occurred primarily in Churchill County, Nevada, which is located in the Northern Division.

6. The majority of witnesses reside in or near the Northern Division, and litigating this matter in Reno will be more convenient for the parties and witnesses.

7. The Parties agree that the transfer of this action to the Northern Division will promote judicial economy and serve the interests of justice.

8. This stipulation is made in good faith and not for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court enter an Order transferring this action from the Southern Division (Las Vegas) to the Northern Division (Reno).

DATED this 18th day of March, 2026.

DATED this 18th day of March, 2026.

*/s/ Kerrian E. Sheppard* .
Kerrian E. Sheppard, Esq. (Pro Hac Vice)
LAW OFFICE OF SHEPPARD &
ASSOCIATES
188 Amberglen Drive
Sacramento, CA 95823
*Attorney for Plaintiff MTrans Services, Inc.*

*/s/ Martin L. Welsh* .
Martin L. Welsh, Esq. (SBN 8720)
THE LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
*Attorney for Plaintiff MTrans Services, Inc.*

DATED this 18th day of March, 2026.

*/s/ Brandon D. Wright* .
Brandon D. Wright, Esq. (SBN 13286)
J. Randall Stephenson, Esq. (SBN 8275)
LEWIS BRISBOIS BISGAARD & SMITH
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendants GFI Nevada, LLC and Jason Alan Mullens*

IT IS SO ORDERED.

DATED this 20 day of March , 2026.

.
UNITED STATES MAGISTRATE JUDGE
Case No. 2:26-CV-00408-BNW

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173581488.2

2

**Ligouri, Louise**

| | |
|---|---|
| **From:** | Stephenson, Randy |
| **Sent:** | Wednesday, March 18, 2026 1:53 PM |
| **To:** | Martin Welsh |
| **Cc:** | kerriannsheppard@ksheppardandassociates.com; Wright, Brandon; Ligouri, Louise; Arata, Alissa |
| **Subject:** | RE: MTrans v. GFI Nevada, LLC, et al. - Proposed SAO's |

Hi Martin,

Thanks for getting back to me on this. We will attach both of your e-signatures and file today. Hopefully, no bounce back issues this time.

Thanks again for your attention and cooperation. It is much appreciated.

Best regards,
Randy

**From:** Martin Welsh <mwelsh@lvlaw.com>
**Sent:** Wednesday, March 18, 2026 1:30 PM
**To:** Stephenson, Randy <Randy.Stephenson@lewisbrisbois.com>
**Cc:** kerriannsheppard@ksheppardandassociates.com
**Subject:** Re: MTrans v. GFI Nevada, LLC, et al. - Proposed SAO's

EXTERNAL

Randy,

Kerriann and I have both reviewed both Stips. You are authorized to affix both our e-signatures to each and file.

(I am hopeful that the email bounce back issues are corrected (maybe try responding here.))

Best,

Martin L. Welsh, Esq.
The Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd.
Suite 200
Henderson, Nevada 89074
(702) 960-4006 (direct)
(702) 434-3444 (office)
(702) 434-3739 (fax)
mwelsh@lvlaw.com